FILED

05/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0129

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0129

IN THE MATTER OF:

T.R.S.,

     Respondent and Appellant.

## GRANT

     Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 25, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2021